MAURICE RISLEY, trustee, &c., complainant-appellant,

*v.*

EDWIN D. HOLLAND, defendant-respondent.

[Decided October 9th, 1935.]

26

*Mr. Clarence L. Cole,* for the appellant.

*Mr. Morgan E. Thomas,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion delivered by Vice-Chancellor Sooy in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, HETFIELD, DEAR, WELLS, JJ.   13.

*For reversal*—None.